

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:               01-13-00559-CV

Style:                      Automation Wash Ltd.

                            **v** Harris County Appraisal District

Dates motions filed[*]:     June 28, 2013

Type of motion:             Motion to extend time to file notice of appeal

Party filing motion:        Appellant

Document to be filed:       Notice of Appeal

Is appeal accelerated?      No

If motion to extend time:
    Original due date:                     June 13, 2013
    Number of previous extensions granted:     0          Current Due date:  June 13, 2013
    Date Requested:                        June 27, 2013

Ordered that motion is:

    ☑    Granted

        If document is to be filed, document due:  June 27, 2013

        ☐    The Court will not grant additional motions to extend time

    ☐    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐    Other: _____

Judge's signature:   /s/ Harvey Brown
               ☑ Acting individually      ☐ Acting for the Court

Panel consists of   _____

Date: July 16, 2013

November 7, 2008 Revision